JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHIFU LI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE, ET AL.,<br><br>　　　　Defendants. | No. 2:23-cv-01240-SVW (Ex)<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be stayed until January 30, 2024.

Dated: April 11, 2023

_____
HONORABLE STEPHEN V. WILSON UNITED STATES DISTRICT JUDGE